JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:(702) 258-6665
FACSIMILE:  (702) 258-6662
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
ALLSTATE INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY HERNANDEZ, an individual; DOMINIC L. WYCKOFF, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY, a Foreign Corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, <br><br> Defendants. | Case No.  2:23-cv-00405-JAD-BNW <br><br> **STIPULATION AND ORDER TO AMEND COMPLAINT AND WITHDRAW ALLSTATE INSURANCE COMPANY'S MOTION TO DISMISS** |

Plaintiffs ASHLEY HERNANDEZ and DOMINIC L. WYCKOFF by and through their attorney of record, Ralph A. Schwartz, Esq. of Ralph A. Schwartz. P.C. and Defendant ALLSTATE INSURANCE COMPANY by and through its attorneys of record, Jared G. Christensen, Esq., and Deleela M. Weinerman, Esq. of the law firm Bremer, Whyte, Brown & O'Meara, LLP, hereby stipulate as follows:

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiffs shall file a Third Amended Complaint attached hereto as Exhibit 1.

///

1498.222  4857-4856-5595.2

**IT IS HEREBY FURTHER STIPULATED AND AGREED** Defendant ALLSTATE INSURANCE COMPANY's Motion to Dismiss is hereby withdrawn.

DATED this 4th day of April 2023

DATED this 4th day of April 2023

**BREMER WHYTE BROWN & O'MEARA LLP**

**RALPH A. SCHWARTZ, P.C.**

 /s/ Deleela M. Weinerman 
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman, Esq.
Nevada State Bar No. 13985
*Attorneys for Defendant,*
*Allstate Insurance Company*

 /s/ Ralph A. Schwarts 
Ralph A. Schwartz, Esq.
Nevada State Bar No. 5488
*Attorney for Plaintiffs,*
*Ashley Hernandez and*
*Dominic L. Wyckoff*

## ORDER

Based upon the foregoing Stipulation, and good cause so appearing:

**IT IS ORDERED, ADJUDGED AND DEGREED** that, Plaintiffs be granted leave to file their Third Amended Complaint attached hereto as Exhibit 1.

**IT IS FURTHER ORDERED, ADJUDGED AND DEGREED** that Defendant ALLSTATE INSURANCE COMPANY'S Motion to Dismiss is hereby withdrawn.

**IT IS SO ORDERED.**
DATED: April 5, 2023.

_____
United States Magistrate Judge

1498.222  4857-4856-5595.2