JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:    (702) 258-6662
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
ALLSTATE INSURANCE COMPANY

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY HERNANDEZ, an individual; DOMINIC L. WYCKOFF, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY, a Foreign Corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:23-cv-00405-JAD-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> **(FIRST REQUEST)** |

Plaintiffs ASHLEY HERNANDEZ and DOMINIC L. WYCKOFF by and through their attorney of record, Ralph A. Schwartz, Esq. of Ralph A. Schwartz. P.C. and Defendant ALLSTATE INSURANCE COMPANY by and through its attorneys of record, Jared G. Christensen, Esq., and Deleela M. Weinerman, Esq. of the law firm Bremer, Whyte, Brown & O'Meara, LLP, hereby request this Honorable Court to adopt and approve this stipulated extension to the discovery plan and continue the discovery deadlines for 90-days as requested herein.

///

///

1498.222  4895-4700-0446.1

## I. LOCAL RULE IA 6-1 IS SATISFIED

This is the first request for extension of discovery deadlines filed by the parties. Pursuant to the Discovery Plan and Scheduling Order from April 26, 2023, the following dates govern for purposes of discovery:

1. Discovery Cutoff Date: December 4, 2023
2. Initial Expert Disclosure: October 5, 2023
3. Rebuttal Expert Disclosure: November 6, 2023
4. Dispositive Motions: January 18, 2024
5. Joint Pre-Trial Order: February 19, 2024

Plaintiff Ashley is currently in the process of supplementing her records in relation to a prior 2014 accident. As such the parties need additional time to conduct discovery in preparation for initial expert disclosures. Moreover, additional time is required to conduct any written discovery, schedule depositions and to complete any other additional discovery. Accordingly, the parties are requesting a 90-day extension to all discovery deadlines.

The instant request comports with Local Rule IA 6-1, in that no request is being made after the expiration of the specified period.

## I. LOCAL RULE 26-3 IS SATISFIED

The instant request to extend discovery deadlines satisfies the requisites of Local Rule 26-3. Additionally, good cause exists for the extension. Plaintiff Ashley is currently in the process of supplementing her records in relation to a prior 2014 accident. As such the parties need additional time to conduct discovery in preparation for initial expert disclosures. Moreover, additional time is required to conduct any written discovery, schedule depositions and to complete any other additional discovery. Accordingly, the parties are requesting a 90-day extension to all discovery deadlines.

Listed below is a statement specifying the discovery completed in this case:

Plaintiffs' Initial Disclosures     May 10, 2023

Defendant's Initial Disclosures     June 16, 2023

| | |
|---|---|
| Defendant's First set of Written Discovery Plaintiffs | June 16, 2023 |
| Defendant's First Supplemental Disclosures | June 20, 2023 |
| Plaintiffs' Responses to Defendant's First Set of Written Discovery | July 14, 2023 |

The parties are requesting an additional 90-days be afforded for discovery. The following deadlines are requested.

1. Discovery Cutoff Date:            March 4, 2024
2. Expert Designations:              January 4, 2024
3. Rebuttal Expert Designations:     February 5, 2024
4. Dispositive Motions:              April 3, 2024
5. Joint Pre-Trial Order:            May 3, 2024

The parties hereby stipulate to the proposed changes in the discovery deadlines.

DATED this 7th day of September 2023         DATED this 7th day of September 2023

**BREMER WHYTE BROWN & O'MEARA LLP**         **RALPH A. SCHWARTZ, P.C.**

 /s/ Deleela M. Weinerman                     /s/ Ralph A. Schwartz
Jared G. Christensen, Esq.                   Ralph A. Schwartz, Esq.
Nevada State Bar No. 11538                   Nevada State Bar No. 5488
Deleela M. Weinerman, Esq.                   *Attorney for Plaintiffs,*
Nevada State Bar No. 13985                   *Ashley Hernandez and*
*Attorneys for Defendant,*                   *Dominic L. Wyckoff*
*Allstate Insurance Company*

1498.222  4895-4700-0446.1

**ORDER**

IT IS SO ORDERED:

_____

**UNITED STATES MAGISTRATE JUDGE**

Dated: 09/12/2023

The **STIPULATION AND ORDER TO EXTEND DISCOVERY (FIRST REQUEST)** in 2:23-cv-00405-JAD-BNW was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ Deleela M. Weinerman

Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
*Attorneys for Defendant,*
*Allstate Insurance Company*

1498.222  4895-4700-0446.1