JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:(702) 258-6665
FACSIMILE:  (702) 258-6662
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
ALLSTATE INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY HERNANDEZ, an individual; DOMINIC L. WYCKOFF, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, a Foreign Corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00405-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 20 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs ASHLEY HERNANDEZ and DOMINIC L. WYCKOFF by and through their attorney of record, Ralph A. Schwartz, Esq. of Ralph A. Schwartz. P.C. and Defendant ALLSTATE INSURANCE COMPANY by and through its attorneys of record, Jared G. Christensen, Esq., and Deleela M. Weinerman, Esq. of the law firm Bremer, Whyte, Brown & O'Meara, LLP, that all of Plaintiffs' claims against Defendant be dismissed, with prejudice, the parties to each bear their own fees and costs.

///

1498.222  4889-4061-0735.1

| | |
|---|---|
| DATED this 21st day of March 2024 | DATED this 20th day of March 2024 |
| **BREMER WHYTE BROWN & O'MEARA LLP** | **RALPH A. SCHWARTZ, P.C.** |
| /s/ Deleela M. Weinerman | /s/ Ralph A. Schwartz |
| Jared G. Christensen, Esq.<br>Nevada State Bar No. 11538<br>Deleela M. Weinerman, Esq.<br>Nevada State Bar No. 13985<br>*Attorneys for Defendant,*<br>*Allstate Insurance Company* | Ralph A. Schwartz, Esq.<br>Nevada State Bar No. 5488<br>*Attorneys for Plaintiffs* |

# ORDER

Based on the parties' stipulation [ECF No. 20] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 21, 2024

1498.222 4889-4061-0735.1